UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN MAURICIO PAREDES RODRIGUEZ,
Plaintiff,

v.

TODD BLANCHE, et. al.,

Defendants.

Case No. 1:26-cv-07342-JLT-FJS

ORDER GRANTING SERGIO GARCIA'S *PRO HAC VICE* APPLICATION

(ECF No. 7)

Before the court is the application of Sergio Garcia, attorney for Plaintiff Jonathan Mauricio Paredes Rodriguez, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The pro hac vice attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **September 21, 2026**

UNITED STATES MAGISTRATE JUDGE